**Electronically Filed
Supreme Court
SCWC-11-0000350
10-JUN-2014
08:15 AM**

SCWC-11-0000350

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the Arbitration

of

NORDIC PCL CONSTRUCTION, INC., fka NORDIC CONSTRUCTION, LTD.,
Respondent/Claimant/Counterclaim Respondent-Appellant,

vs.

LPIHGC, LLC,
Petitioner/Respondent/Counterclaimant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000350; S.P. NO. 10-1-0346)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, and Pollack, JJ.,
Circuit Judge Alm, in place of Recktenwald, C.J., recused,
and Circuit Judge Sakamoto, in place of Wilson, J., recused)

Petitioner/Respondent/Counterclaimant-Appellee LPIHGC,

LLC's Application for Writ of Certiorari filed on April 29, 2014,

is hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 10, 2014.

| | |
|---|---|
| Terence J. O'Toole, | /s/ Paula A. Nakayama |
| Judith Ann Pavey, | |
| and John P. Manaut | /s/ Sabrina S. McKenna |
| for petitioner | |
| | /s/ Richard W. Pollack |
| Kenneth R. Kupchak, | |
| Anna H. Oshiro, | /s/ Steven S. Alm |
| Robert H. Thomas, | |
| and Mark Murakami | /s/ Karl K. Sakamoto |
| for respondent | |

